UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation and foreign insurer, and ODILIA PEREZ and FERNANDO PEREZ-VASQUEZ,<br><br>    Defendants. | Civil Action No. C18-1116 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS ODILIA PEREZ AND FERNANDO PEREZ-VASQUEZ** |

## **ORDER**

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the stipulation,

**ORDER, ADJUDGED AND DECREED** that the claims against defendants Odilia Perez and Fernando Perez-Vasquez are dismissed with prejudice. The caption should be amended to remove Odilia Perez and Fernando Perez-Vasquez as defendants.

**DATED THIS** 14th day of September 2018.

                                                        RICARDO S. MARTINEZ
                                                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION DISMISSING
PEREZ AND PEREZ-VASQUEZ- 1
USDC WD WA CAUSE NO. 2:18-cv-01116 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4815-8479-5505.1