UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SULLIVAN, | Civil Action No. C18-1116 RSM |
| Plaintiff, | STIPULATED MOTION AND ORDER OF DISMISSAL OF ALL CLAIMS |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation and foreign insurer, | |
| Defendant. | |

**STIPULATED MOTION**

COME NOW the parties hereto, Plaintiff Richard Sullivan, by and through his attorney of record, and Defendant State Farm Fire Mutual Automobile Insurance Company, by and through its attorneys of record, and, pursuant to FRCP 41, hereby stipulate that all of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and without costs.

DATED this 5th day of June, 2019.　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　　　　　/s/ *Laura Hawes Young*
　　　　　　　　　　　　　　　　　　　Laura Hawes Young, WSBA #39346
　　　　　　　　　　　　　　　　　　　1111 Third Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　(206) 436-2020
　　　　　　　　　　　　　　　　　　　laura.young@lewisbrisbois.com
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATED this 5th day of June, 2019.　　　GSJONES LAW GROUP, P.S.

STIPULATED MOTION AND
ORDER OF DISMISSAL OF ALL CLAIMS - 1
USDC WD WA CAUSE NO. 2:18-cv-01116 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4834-4785-8328.1

/s/ *Chalmers C. Johnson*
Chalmers C. Johnson , WSBA #40180
1155 Bethel Avenue
Port Orchard, WA 98366
(360) 876-9221
chalmers@gsjoneslaw.com
Attorney for Plaintiff

## ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without costs to any party.

DATED this 7th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DATED this 5th day of June, 2019.    LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Laura Hawes Young*
Laura Hawes Young, WSBA #39346
1111 Third Avenue, Suite 2700
Seattle, WA 98101
(206) 436-2020
laura.young@lewisbrisbois.com
Attorney for Defendant

DATED this 5th day of June, 2019.    GSJONES LAW GROUP, P.S.

/s/ *Chalmers C. Johnson*
Chalmers C. Johnson , WSBA #40180
1155 Bethel Avenue
Port Orchard, WA 98366
(360) 876-9221
chalmers@gsjoneslaw.com
Attorney for Plaintiff

STIPULATED MOTION AND
ORDER OF DISMISSAL OF ALL CLAIMS - 2
USDC WD WA CAUSE NO. 2:18-cv-01116 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4834-4785-8328.1